UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00227-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROSS ALLEN BRANDON (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Ross Allen Brandon and adjudges him guilty of the offense charged in Count Two of the Indictment.

MONROE, LOUISIANA, this 29th day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE